UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:12-CR-00628-SI |
| v. | AMENDED WRIT OF HABEAS CORPUS *AD PROSEQUENDUM* |
| PAUL WELLINGTON PACKARD, | |
| Defendant. | |

To:   Oregon Department of Corrections

Pursuant to Chapter 153, Title 28, United States Code, you are directed to deliver the body of above named defendant, **PAUL WELLINGTON PACKARD, FBI#365224FD1, SID#OR18228226,** a prisoner in your custody currently being housed at the **Oregon State Penitentiary**, to the United States Marshal for the District of Oregon, or his duly authorized deputy, who is hereby directed to produce said prisoner before this Court on **Friday, January 25, 2013,** at 1:30 p.m., for the purpose of arraignment, trial, and any further proceedings. It is further ordered that the United States Marshal, or his duly authorized deputy, shall re-deliver said prisoner to your facility at the conclusion of said proceedings, and is authorized to incur the necessary expenses connected therewith, as provided by law.

Dated this _4TH_ day of January 2013.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

S. AMANDA MARSHALL
United States Attorney

/s/ Johnathan S. Haub
**JOHNATHAN S. HAUB, OSB #76165**
Assistant United States Attorney